IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANDA MAY ROWELL,<br><br>Defendant. | **8:25CR135**<br><br>**ORDER ON APPEARANCE FOR**<br>**SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on May 21, 2026 regarding Petition for Offender Under Supervision [6].  Cheryl M. Kessell represented the defendant.  Martin J. Conboy, IV, represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:30 p.m. on July 30, 2026.

The government moved for detention based upon risk of flight and danger.  The defendant requested a detention hearing which was held.  The defendant met her burden to establish by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6).  The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision to include completing an addendum to the current substance abuse evaluation within 30 days, comply with phase testing as directed, follow the recommendations of the substance abuse evaluation regarding treatment, and immediately start outpatient treatment. Those orders come in addition to the ordered conditions of her supervised release from this Court.  18 U.S.C. § 3143(a)(1).

**IT IS SO ORDERED**.

Dated this 21st day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge